# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SCOTT K. GINSBURG,<br><br>                Plaintiff,<br><br>    v.<br><br>GEORGETOWN UNIVERSITY,<br><br>                Defendant. | Civil Action No. 3:13-CV-00952-L |

**DEFENDANT GEORGETOWN UNIVERSITY'S MOTION TO TRANSFER**

Under 28 U.S.C. § 1404(a), defendant Georgetown University respectfully moves this Court for an order transferring the above-captioned case to the United States District Court for the District of the District of Columbia. For all the reasons set forth in the Brief and Appendix, which are incorporated herein by reference, the requested transfer would clearly be for the convenience of the parties and witnesses and in the interests of justice.

WHEREFORE, defendant Georgetown University respectfully requests that this Court transfer this action to the United States District Court for the District of the District of Columbia.

| | |
|---|---|
| Dated: April 9, 2013 | Respectfully submitted, |
| | _/s/ Bruce D. Oakley_ |
| William D. Nussbaum<br>D.C. Bar No. 941815<br>Joel D. Buckman<br>D.C. Bar No. 1003868<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br>william.nussbaum@hoganlovells.com<br>joel.buckman@hoganlovells.com<br><br>*Of counsel* | Bruce D. Oakley<br>State Bar No. 15156900<br>HOGAN LOVELLS US LLP<br>700 Louisiana Street<br>Suite 4300<br>Houston, TX 77002<br>Tel: (713) 632-1400<br>Fax: (713) 632-1401<br>bruce.oakley@hoganlovells.com<br><br>*Counsel for Defendant Georgetown University* |

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was filed electronically on April 9th, 2013, in compliance with the Court's Standing Order Designating Case for Enrollment in the Electronic Case Files System, and has been served on all counsel by electronic service.

                  */s/ Bruce D. Oakley*
                  Bruce D. Oakley

## **CERTIFICATE OF CONFERENCE**

    I hereby certify that on April 4, 2013, William D. Nussbaum had an e-mail conference with John T. Cox, an attorney representing Plaintiff Scott K. Ginsburg, to request consent to the Defendant Georgetown University's Motion to Transfer. Mr. Cox refused to consent.

                                                      */s/ Bruce D. Oakley*
                                                        Bruce D. Oakley