**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCOTT K. GINSBURG,<br><br>                  Plaintiff,<br><br>   v.<br><br>GEORGETOWN UNIVERSITY,<br>37th & O Streets, NW,<br>Washington, DC 20057,<br><br>                  Defendant. | Civil Action No. 1:13-cv-01312-RBW |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of William D. Nussbaum of Hogan Lovells US LLP, who is admitted to practice in this Court, as attorney and counsel of record for and on behalf of defendant Georgetown University in the above-captioned matter. Copies of all pleadings and notices pertaining to the above entitled matter should be forwarded to counsel at the following address:

>William D. Nussbaum
>D.C. Bar No. 941815
>HOGAN LOVELLS US LLP
>Columbia Square
>555 Thirteenth Street, NW
>Washington, DC 20004
>Tel: (202) 637-5600
>Fax: (202) 637-5910
>william.nussbaum@hoganlovells.com

Dated: October 3, 2013                               Respectfully submitted,

                                                     _____*/s/ William D. Nussbaum*_____

                                                     William D. Nussbaum
                                                     D.C. Bar No. 941815
                                                     HOGAN LOVELLS US LLP
                                                     Columbia Square
                                                     555 Thirteenth Street, NW
                                                     Washington, DC 20004
                                                     Tel: (202) 637-5600
                                                     Fax: (202) 637-5910
                                                     william.nussbaum@hoganlovells.com

                                                     *Counsel for Defendant Georgetown University*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendant Georgetown University's Notice of Appearance was served this 3rd day of October, 2013 on the following by First Class Mail:

>John T Cox , III
>Christopher J Schwegmann
>David S Coale
>Nicholas Justin Chapleau
>Lynn Tillotson Pinker & Cox LLP
>2100 Ross Ave
>Suite 2700
>Dallas, TX 75201

>/s/     *William D. Nussbaum*
>William D. Nussbaum