**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCOTT K. GINSBURG,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGETOWN UNIVERSITY,<br><br>    Defendant. | Civil Action No. 1:13-cv-01312-RBW |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

  Pursuant to LCvR 83.6(b), Bruce D. Oakley, with the consent of defendant Georgetown University, provides notice of his withdrawal as counsel from the above-captioned matter. As no trial date has been set and William D. Nussbaum has entered an appearance for Defendant Georgetown University, this notice is signed by Mr. Oakley and the party represented.

Dated: October 3, 2013

| | |
|---|---|
|  */s/ Paul Greco* |  */s/ Bruce D. Oakley* |
| Paul Greco | Bruce D. Oakley |
| Associate General Counsel | State Bar No. 15156900 |
| GEORGETOWN UNIVERSITY | HOGAN LOVELLS US LLP |
| 37th & O Streets, NW | 700 Louisiana Street |
| Washington, DC 20057 | Suite 4300 |
| (202) 687-2835 phone | Houston, TX 77002 |
| (202) 687-6527 fax | Tel: (713) 632-1400 |
| psg7@georgetown.edu | Fax: (713) 632-1401 |
| | bruce.oakley@hoganlovells.com |

Dated: October 3, 2013

Respectfully submitted,

      */s/ William D. Nussbaum*

William D. Nussbaum
D.C. Bar No. 941815
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.nussbaum@hoganlovells.com

*Counsel for Defendant Georgetown University*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Defendant Georgetown University's Notice of Withdrawal of Appearance was served this 3rd day of October, 2013 on the following by First Class Mail:

> John T Cox , III
> Christopher J Schwegmann
> David S Coale
> Nicholas Justin Chapleau
> Lynn Tillotson Pinker & Cox LLP
> 2100 Ross Ave
> Suite 2700
> Dallas, TX 75201

                                            */s/    William D. Nussbaum*
                                                     William D. Nussbaum