# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT K. GINSBURG,<br><br>               Plaintiff,<br><br>   v.<br><br>GEORGETOWN UNIVERSITY,<br>37th & O Streets, NW,<br>Washington, DC 20057,<br><br>               Defendant. | Civil Action No. 1:13-cv-01312-RBW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Joel D. Buckman of Hogan Lovells US LLP, who is admitted to practice in this Court, as attorney and counsel of record for and on behalf of defendant Georgetown University in the above-captioned matter. Copies of all pleadings and notices pertaining to the above entitled matter should be forwarded to counsel at the following address:

    Joel D. Buckman
    D.C. Bar No. 1003868
    HOGAN LOVELLS US LLP
    Columbia Square
    555 Thirteenth Street, NW
    Washington, DC 20004
    Tel: (202) 637-5600
    Fax: (202) 637-5910
    joel.buckman@hoganlovells.com

Dated: May 19, 2014                                  Respectfully submitted,

                                                               */s/ Joel D. Buckman*

Joel D. Buckman
D.C. Bar No. 1003868
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
joel.buckman@hoganlovells.com

*Counsel for Defendant Georgetown University*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed electronically on May 19th, 2014, and has been served on all counsel by electronic service.

                                                 */s/     Joel D. Buckman*
                                                        Joel D. Buckman