IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT K. GINSBURG, <br><br> Plaintiff, <br><br> v. <br><br> GEORGETOWN UNIVERSITY, <br><br> Defendant. | Case No. 1:13-cv-01312-RBW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Scott K. Ginsburg, and Defendant, Georgetown University, stipulate that the First Amended Complaint and the Counterclaims in this matter shall be and hereby are dismissed with prejudice. Plaintiff and defendant shall bear their own costs, including attorneys' fees, incurred in this action.

Dated: May 19, 2014

Respectfully submitted,

/s/ Graeme W. Bush
Graeme W. Bush, D.C. Bar No. 935064
Roger E. Zuckerman, D.C. Bar No. 134346
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Washington, DC 20036
Tel: (202) 778-1800

*Attorneys for Plaintiff*

/s/ Joel D. Buckman
Joel D. Buckman, D.C. Bar No. 1003868
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600

*Attorneys for Defendant*

4483246 1